[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 16, 2008
THOMAS K. KAHN
CLERK

No. 06-11003

_____

D. C. Docket No. 04-00534 CR-T-26MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN LORENZO,
a.k.a, DomDudeForSub,
a.k.a. Constrman,
a.k.a. TpaAntonio,
a.k.a. CobblestoneHome,
a.k.a. TmpaBlues,
a.k.a. Anthony,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 16, 2008)**

Before ANDERSON, BARKETT and HILL, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, we readily conclude that the judgment of the district court is due to be affirmed, both as to defendant's conviction and sentence. Defendant's interstate commerce argument is foreclosed by precedent; moreover, the evidence indicates that defendant obtained the drugs via the internet and the United States mail. There was ample evidence to support the jury's verdict of conviction on all counts. The district court did not plainly err in considering the hearsay testimony concerning Schweickert's statements at sentencing. Defendant's other arguments on appeal are also wholly without merit, and are rejected without need for further discussion.

AFFIRMED.